**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6086**

STEPHEN BURKS,

           Plaintiff - Appellant,

     v.

ERIC WILSON, Warden, CEO, sued in official capacity; FEDERAL
CORRECTIONAL COMPLEX, LOW; PETERSBURG, LOW, INC.,

           Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:14-cv-00532-HEH)

Submitted:  May 28, 2015                Decided:  July 28, 2015

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Burks, Appellant Pro Se.  Jonathan Holland Hambrick,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Maurice Burks appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. <u>Burks v. Wilson</u>, No. 3:14-cv-00532-HEH (E.D. Va. Dec. 19, 2014).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2